

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

United States of America ex rel.

**Charles L Spicer B41920**
(Full name and prison number)
(Include name under which convicted)

PETITIONER

vs.

**J.R. Walls (Acting Warden)**
(Warden, Superintendent, or authorized person having custody of petitioner)

RESPONDENT, and

(Fill in the following blank <u>only</u> if judgment attacked imposes a sentence to commence in the future)

ATTORNEY GENERAL OF THE STATE OF

_____
(State where judgment entered)

08CV3577
JUDGE COAR
MAGISTRATE JUDGE DENLOW

FILED
JUN 23 2008
Jun 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number of State Court Conviction:

**01-CR-23568 - Illinois**

PETITION FOR WRIT OF HABEAS CORPUS -- PERSON IN STATE CUSTODY

1. Name and location of court where conviction entered: **Cook Country 2650 So. California Ave. Chicago Illinois**

2. Date of judgment of conviction: **July 29, 2005**

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)
   **Aggravated sexual Assault and Forgery**

4. Sentence(s) imposed: **30 years and 5 years (Consecutive)**

5. What was your plea? (Check one)   (A) Not guilty   (X)
   (B) Guilty   ( )
   (C) Nolo contendere   ( )

   If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:

**PART I -- TRIAL AND DIRECT REVIEW**

1. Kind of trial: (Check one):   Jury (X)   Judge only ( )
2. Did you testify at trial?   YES ( )   NO (X)
3. Did you appeal from the conviction or the sentence imposed?   YES (X)   NO ( )

   (A) If you appealed, give the
   
   (1) Name of court: _FIRST DIVISION_
   
   (2) Result: _Denied_
   
   (3) Date of ruling: _Feb. 25, 2008_
   
   (4) Issues raised: _Up-Held the State_

   (B) If you did not appeal, explain briefly why not: _____

4. Did you appeal, or seek leave to appeal, to the highest state court?   YES (X)   NO ( )

   (A) If yes, give the
   
   (1) Result _Denised_
   
   (2) Date of ruling: _April 08_
   
   (3) Issues raised: _Denised - for same reason_

   (B) If no, why not: _____

5. Did you petition the United States Supreme Court for a writ of *certiorari*?   Yes ( )   No ( )

   If yes, give (A) date of petition: _____   (B) date *certiorari* was denied: _____

2

## PART II -- COLLATERAL PROCEEDINGS

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

YES ( )   NO (X)

   With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

   A. Name of court: _____

   B. Date of filing: _____

   C. Issues raised: _____
   _____
   _____

   D. Did you receive an evidentiary hearing on your petition?   YES ( )   NO (X)

   E. What was the court's ruling? _____

   F. Date of court's ruling: _____

   G. Did you appeal from the ruling on your petition?   YES ( )   NO (X)

   H. (a) If yes,   (1) what was the result? _____

              (2) date of decision: _____

       (b) If no, explain briefly why not: _____

   I. Did you appeal, or seek leave to appeal this decision to the highest state court?

   YES ( )   NO (X)

       (a) If yes,   (1) what was the result? _____

              (2) date of decision: _____

       (b) If no, explain briefly why not: _____

3

2. With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?   YES ( )      NO (X)

   A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

      1. Nature of proceeding          _____

      2. Date petition filed           _____

      3. Ruling on the petition        _____

      3. Date of ruling                _____

      4. If you appealed, what was
         the ruling on appeal?         _____

      5. Date of ruling on appeal      _____

      6. If there was a further appeal,
         what was the ruling?          _____

      7. Date of ruling on appeal      _____

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**?
   YES (X)    NO ( )

   A. If yes, give name of court, case title and case number: U.S. District Court Northern District. Habeas Corpus, Case No. 04-C-7267

   B. Did the court rule on your petition? If so, state

      (1) Ruling: _____

      (2) Date:   _____

4. **WITH RESPECT TO THIS CONVICTION OR SENTENCE, ARE THERE LEGAL PROCEEDINGS PENDING IN ANY COURT, OTHER THAN THIS PETITION?**

YES ( )   NO (X)

If yes, explain: _____

4

PART III -- PETITIONER'S CLAIMS

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

**BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

(A) Ground one  Witness
Supporting facts (tell your story briefly without citing cases or law):

The witness did not come to court at anytime. She did not come to trial at anytime

(B) Ground two  Evident
Supporting facts:

All evident was inconclusive it was all undone for the case and trial.

(C) Ground three  HERESAY
    Supporting facts:

There was HERESAY from a doctor who said the witness told him what happing to her.

(D) Ground four
    Supporting facts:




2   Have all grounds raised in this petition been presented to the highest court having jurisdiction?
    YES ( )   NO ( )

3.  If you answered "NO" to question (16), state briefly what grounds were not so presented and why not:

## PART IV -- REPRESENTATION

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing    N/A

(B) At arraignment and plea    N/A

(C) At trial    N/A

(D) At sentencing    N/A

(E) On appeal    N/A

(F) In any post-conviction proceeding    N/A

(G) Other (state):    N/A

## PART V -- FUTURE SENTENCE

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES ( )    NO (X)

Name and location of the court which imposed the sentence: _____

Date and length of sentence to be served in the future _____

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: _____
             (Date)                                    Signature of attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of petitioner)
B41920
(I.D. Number)
2500 Rt 99 South
(Address)
Mt. Sterling IL. 62353

REVISED 01/01/2001

7