


R

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** United States of America ex rel. CHARLES L. SPICER

**Defendant(s):** J.R. WALLS, etc.

**County of Residence:** BROWN

**County of Residence:**

**Plaintiff's Address:**
Charles L. Spicer
B-41920
Western - WST
R.R. 4, Box 196
Mt. Sterling, IL 62353

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph Street - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**FILED**
JUN 2 3 2008 TC
Jun 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [x] No

08CV3577
JUDGE COAR
MAGISTRATE JUDGE DENLOW

**Signature:** A.E. Woodham  **Date:** 06/23/2008

04C7267
Coar
needs Mag-J.