**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number:   08 C 3577 |

United States ex rel. Charles L. Spicer

v.

J. R. Walls, Warden, Respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J. R. Walls, Warden, Respondent.

| |
|---|
| NAME (Type or print)<br>    Charles Redfern |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Charles Redfern |
| FIRM<br>    Office of the Illinois Attorney General - Criminal Appeals Division |
| STREET ADDRESS<br>    100 W. Randolph, 12th Floor |
| CITY/STATE/ZIP<br>    Chicago, Illinois 60601-3218 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>    6283811 | TELEPHONE NUMBER<br>    312-814-3565 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X | NO  ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES  ☐ | NO  X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES  ☐ | NO  X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES  X | NO  ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

### CERTIFICATE OF SERVICE

      I certify that on July 21, 2008, I electronically filed my **Appearance** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of these documents via United States Mail to the following non-CM/ECF user:

      Charles L. Spicer, B41920
      Western Illinois Correctional Center
      2500 Rt. 99 South
      Mount Sterling, Illinois 62353

  /s/ Charles Redfern
CHARLES REDFERN, Bar # 6283811
Assistant Attorney General
100 W. Randolph Street, 12th Floor
Chicago, IL 60601-3218
PHONE: (312) 814-3565
FAX: (312) 814-2253
EMAIL: credfern@atg.state.il.us