IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. CHARLES L. SPICER, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 3577 |
| J.R. WALLS, Warden, Western Illinois Correctional Center, | ) ) ) ) | The Honorable David H. Coar, |
| Respondent. | ) | Judge Presiding. |

**MOTION FOR FIRST EXTENSION OF TIME TO ANSWER OR OTHERWISE DEFEND AGAINST PETITION FOR WRIT OF HABEAS CORPUS**

Pursuant to Federal Rule of Civil Procedure 7(b)(1), respondent J.R. Walls hereby moves for a 30-day extension of time to answer or otherwise defend against petitioner's petition for writ of habeas corpus, stating as follows:

1.  Respondent's answer or other response to the petition is currently due on or before August 6, 2008.

2.  Despite due diligence, counsel will be unable to file respondent's answer or other response on or before August 6, 2008. Counsel has requested, but not yet received, the relevant state court materials necessary to file an informed response to the instant petition.

3.  This motion is respondent's first request for an extension of time.

4.  This motion is not intended for purposes of delay, but is being made

solely to ensure that respondent's interests are adequately protected.

  5. Counsel for respondent was unable to contact the pro se petitioner to secure his agreement to the motion prior to filing, as petitioner is incarcerated.

  WHEREFORE, respondent respectfully requests that this Court grant his motion for a 30-day extension of time, to and including September 5, 2008, within which to answer or otherwise defend against the petition.

August 1, 2008            Respectfully submitted,

               LISA MADIGAN
               Attorney General of Illinois

        BY: /s/ Charles Redfern
            CHARLES REDFERN, Bar # 6283811
            Assistant Attorney General
            100 W. Randolph Street, 12th Floor
            Chicago, IL 60601-3218
            PHONE: (312) 814-3565
            FAX: (312) 814-2253
            EMAIL: credfern@atg.state.il.us

## **CERTIFICATE OF SERVICE**

 I certify that on August 1, 2008, I electronically filed respondent's **Motion For First Extension Of Time To Answer Or Otherwise Defend Against Petition For Writ of Habeas Corpus** and **Notice Of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of these documents via United States Mail to the following non-CM/ECF user:

  Charles L. Spicer, B41920
  Western Illinois Correctional Center
  2500 Rt. 99 South
  Mount Sterling, Illinois 62353

          /s/ Charles Redfern
          CHARLES REDFERN, Bar # 6283811
          Assistant Attorney General
          100 W. Randolph Street, 12th Floor
          Chicago, IL 60601-3218
          PHONE: (312) 814-3565
          FAX: (312) 814-2253
          EMAIL: credfern@atg.state.il.us