IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel.<br>CHARLES L. SPICER, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | No. 08 C 3577 |
| J.R. WALLS, Warden,<br>Western Illinois Correctional Center, | ) <br> ) <br> ) | The Honorable<br>David H. Coar, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To:   Charles L. Spicer, B41920
      Western Illinois Correctional Center
      2500 Rt. 99 South
      Mount Sterling, Illinois 62353

On Thursday, August 7, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable David H. Coar, or any judge sitting in his stead, in Courtroom 1419, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's **Motion for First Extension of Time to Answer or Otherwise Defend Against Petition for Writ of Habeas Corpus.**

August 1, 2008                                    Respectfully submitted,

                                                  LISA MADIGAN
                                                  Attorney General of Illinois

                                          BY:     /s/ Charles Redfern
                                                  CHARLES REDFERN, Bar # 6283811
                                                  Assistant Attorney General
                                                  100 W. Randolph Street, 12th Floor
                                                  Chicago, IL 60601-3218
                                                  PHONE: (312) 814-3565
                                                  FAX: (312) 814-2253
                                                  EMAIL: credfern@atg.state.il.us